174 So.2d 135

**CITY OF NEW ORLEANS**

**v.**

**NEW ORLEANS CANAL, INC.**

**No. 47755.**

May 5, 1965.

In re: New Orleans Canal, Inc., applying for certiorari, or writ of review, to

the Court of Appeal, Fourth Circuit, Parish of Orleans. 173 So.2d 43.

Writ refused. We find no error of law in the judgment of the Court of Appeal.

174 So.2d 135

**CITY OF NEW ORLEANS**

**v.**

**Norvin T. SITZMAN.**

**No. 47754.**

May 3, 1965.

In re: Norvin T. Sitzman applying for writs of certiorari, mandamus and prohibition.

Writ refused. The showing made does not warrant the exercise of our supervisory jurisdiction.